# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

## 1:17-cv-01780-WMR
## Brown v. C.R. Gill et al
## Honorable William M Ray, II

Minute Sheet for proceedings held In Open Court on 03/08/2019.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:15 A.M.
TIME IN COURT: 1:15
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Elizabeth Fite representing DeKalb County, Georgia<br>Elizabeth Fite representing C.R. Gill<br>Elizabeth Fite representing D.L. Craig<br>Aaron Ross representing DeKalb County, Georgia<br>Aaron Ross representing C.R. Gill<br>Aaron Ross representing D.L. Craig<br>Dwight Thomas representing Darnell Brown |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [46]Motion for Summary Judgment GRANTED IN PART & DENIED IN PART |
| MINUTE TEXT: | Defendants argued their Motion for Summary Judgment and Plaintiff rebutted. Defendants replied. The Court GRANTED summary judgment as to D.L. Craig but DENIED the motion as to C.R. Gill. The Court explained its position and encouraged the parties to consider |

|  |  |
|---|---|
|  | settlement. The Court directed counsel for Defendants to prepare a proposed order, send to Plaintiff for review, and then submit to the court for consideration. Hearing adjourned. |
| HEARING STATUS: | Hearing Concluded |