IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARNELL BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>DEKALB COUNTY, GEORGIA; OFFICER C.R. GILL, individually and in his official capacity as an employee of DeKalb County; OFFICER D.L. CRAIG, individually and in his official capacity as an employee of DeKalb County,<br><br>    Defendants. | Civil Action File No.<br>1:17-CV-01780-JPB |

## NOTICE OF SETTLEMENT

Plaintiff Darnell Brown and Defendants DeKalb County, Georgia, Officer C.R. Gill, and Officer D.L. Craig, by and through counsel, hereby give notice that a settlement has been reached to resolve all of Plaintiff's remaining claims in this case. The parties request that the Court stay further proceedings to allow sufficient time for them to finalize the settlement. Once the settlement is finalized, Plaintiff will file a Stipulation of Dismissal of this case pursuant to Fed. R. Civ. P. 41.

Respectfully submitted, this 20th day of March, 2020.

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| Dwight L. Thomas<br>Georgia Bar No. 704825<br>Dwight L. Thomas, P.C.<br>2296 Henderson Mill Road, Suite 407<br>Atlanta, Georgia 30345 | Laura K. Johnson<br>Deputy County Attorney<br>Georgia Bar No. 392090 |
| s/ Hannah R. Moore<br>Hannah R. Moore<br>Georgia Bar No. 581504<br>The Moore Law Group, LLC<br>1745 Martin Luther King Jr. Dr., SW<br>Atlanta, Georgia 30314<br>Telephone:  404-522-1400<br>Facsimile:  404-755-2327 | s/ Aaron J. Ross<br>Aaron J. Ross<br>Senior Assistant County Attorney<br>Georgia Bar No. 461981<br><br>Omari J. Crawford<br>Assistant County Attorney<br>Georgia Bar No. 179965 |
| *Counsel for Plaintiff* | **DeKalb County Law Department**<br>1300 Commerce Drive, 5th Floor<br>Decatur, Georgia 30030<br>Telephone:  (404) 371-3011<br>Facsimile:  (404) 371-3024<br><br>*Counsel for Defendants* |

# CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system (which document was prepared in Times New Roman font, 14-point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C)), which will automatically send e-mail notification of such filing to the following opposing counsel of record:

> Dwight L. Thomas
> Dwight L. Thomas, P.C.
> 2296 Henderson Mill Road, Suite 407
> Atlanta, Georgia 30345
>
> Hannah R. Moore
> The Moore Law Group, LLC
> 1745 Martin Luther King Jr. Drive
> Atlanta, Georgia 30314

This 20th day of March, 2020.

> s/ Aaron J. Ross
> Aaron J. Ross
> Senior Assistant County Attorney
> Georgia Bar No. 461981
>
> *One of the Attorneys for Defendants*